IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

United States of America,

        Plaintiff,

v.

Jody Lynn Sherry-Berg,

        Defendant.

COURT MINUTES - CRIMINAL
BEFORE: JON T. HUSEBY
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 25-mj-206 JTH |
| Date: | April 8, 2025 |
| Video Conference | |
| Time Commenced: | 3:49 p.m. |
| Time Concluded: | 3:59 p.m. |
| Time in Court: | 10 minutes |

APPEARANCES:

    Plaintiff: Nate Nelson, Assistant U.S. Attorney
    Defendant: Jean Brandl, Assistant Federal Public Defender
        X FPD    X To be appointed for today's purposes on a provisional basis.

    X Advised of Rights

on  X Indictment
X Date charges or violation filed: 4/3/2025
X Current Offense: Interference with Flight Crew Members and Attendants
X **Charges from other District:** North Dakota
X Title and Code of underlying offense from other District: 49:46504
X Case no: 3:25-cr-86

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is Monday, April 21, 2025 at 2:00 p.m. before U.S. Magistrate Judge Alice Senechal in Grand Forks Courthouse located at 102 North 4th Street, Grand Forks, ND for:
X Arraignment hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                        s/ *aln*
                                             Signature of Courtroom Deputy