## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Jody Lynn Sherry-Berg,<br><br>    Defendant. | Criminal No. 25-mj-206 JTH<br><br>**ORDER OF REMOVAL** |

The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on April 8, 2025. Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of North Dakota, and she is ordered removed to that district for further proceedings on April 21, 2025 at 2:00 p.m. before U.S. Magistrate Judge Alice Senechal in Grand Forks Courthouse located at 102 North 4th Street, Grand Forks, ND.

Dated: April 8, 2025

*s/ Jon T. Huseby*
Jon T. Huseby
United States Magistrate Judge