# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.  25MJ206 JTH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| JODY LYNN SHERRY-BERG, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Jean M. Brandl shall appear as appointed counsel of record for the above named defendant in this case.

Dated:  April 09, 2025

*s/Jean M. Brandl*
JEAN M. BRANDL
Attorney ID No.  0387260
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415