CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:25−mj−00206−JTH−1

Case title: USA v. Sherry−Berg

Date Filed: 04/08/2025

Date Terminated: 04/08/2025

Assigned to: Magistrate Judge Jon T. Huseby

**Defendant (1)**

| | | |
|---|---|---|
| **Jody Lynn Sherry−Berg**<br>*TERMINATED: 04/08/2025* | represented by | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

49:46504

**Disposition**

**Plaintiff**

**USA**                                          represented by  **Nathan Hoye Nelson**
DOJ–USAO
Criminal Division
United States Attorney's Office
300 South Fourth Street – Suite 600
Minneapolis, MN 55415
612–664–5673
Email: nathan.nelson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2025 | 8 | NOTICE OF ATTORNEY APPEARANCE for Jody Lynn Sherry−Berg. (Brandl, Jean) (Entered: 04/09/2025) |
| 04/08/2025 | 7 | Notice to North Dakota of a Rule 5 as to Jody Lynn Sherry−Berg. Your case number is: 3:25−cr−86. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 6 | Personal Recognizance Bond Entered as to Jody Lynn Sherry−Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025. (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 5 | ORDER Setting Conditions of Release as to Jody Lynn Sherry−Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025. (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 4 | Notice to North Dakota of a Rule 5 as to Jody Lynn Sherry−Berg. Your case number is: 3:25−cr−86. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 3 | ORDER OF REMOVAL to District of North Dakota as to Jody Lynn Sherry−Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025. (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 2 | Brady Obligation Order as to Jody Lynn Sherry−Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025.(MME) (Entered: 04/08/2025) |
| 04/08/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge Jon T. Huseby: Initial Appearance in Rule 5(c) (3) Proceedings as to Jody Lynn Sherry−Berg held on 4/8/2025. Counsel appointed on a provisional basis. Arraignment set for 4/21/2025 at 02:00 PM in Grand Forks, ND Courthouse before Magistrate Judge Alice R. Senechal. Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release. (Digital Recording) (MME) (Entered: 04/08/2025) |
| 04/08/2025 | | Arrest (Rule 5) of Jody Lynn Sherry−Berg (MME) (Entered: 04/08/2025) |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.   25MJ206 JTH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| JODY LYNN SHERRY-BERG, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Jean M. Brandl shall appear as appointed counsel of record for the above named defendant in this case.

Dated:  April 09, 2025

*s/Jean M. Brandl*
JEAN M. BRANDL
Attorney ID No.  0387260
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

CLOSED,RULE5

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: <u>0:25–mj–00206–JTH</u>–1

Case title: USA v. Sherry–Berg

Date Filed: 04/08/2025

Date Terminated: 04/08/2025

---

Assigned to: Magistrate Judge Jon T. Huseby

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Jody Lynn Sherry–Berg**<br>*TERMINATED: 04/08/2025* | represented by | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612–664–5858<br>Fax: 612–664–5850<br>Email: <u>katherian_roe@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level<br>(Terminated)</u>** | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 49:46504 | |

**<u>Plaintiff</u>**

**USA**                                          represented by  **Nathan Hoye Nelson**
                                                                 DOJ–USAO
                                                                 Criminal Division
                                                                 United States Attorney's Office
                                                                 300 South Fourth Street – Suite 600
                                                                 Minneapolis, MN 55415
                                                                 612–664–5673
                                                                 Email: nathan.nelson@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2025 | 6 | Personal Recognizance Bond Entered as to Jody Lynn Sherry–Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025. (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 5 | ORDER Setting Conditions of Release as to Jody Lynn Sherry–Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025. (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 4 | Notice to North Dakota of a Rule 5 as to Jody Lynn Sherry–Berg. Your case number is: 3:25–cr–86. (If you need certified copies, please send a request to InterDistrictTransfer_MND@mnd.uscourts.gov.) (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 3 | ORDER OF REMOVAL to District of North Dakota as to Jody Lynn Sherry–Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025. (MME) (Entered: 04/08/2025) |
| 04/08/2025 | 2 | Brady Obligation Order as to Jody Lynn Sherry–Berg. Signed by Magistrate Judge Jon T. Huseby on 4/8/2025.(MME) (Entered: 04/08/2025) |
| 04/08/2025 | 1 | Minute Entry for proceedings held before Magistrate Judge Jon T. Huseby: Initial Appearance in Rule 5(c) (3) Proceedings as to Jody Lynn Sherry–Berg held on 4/8/2025. Counsel appointed on a provisional basis. Arraignment set for 4/21/2025 at 02:00 PM in Grand Forks, ND Courthouse before Magistrate Judge Alice R. Senechal. Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release. (Digital Recording) (MME) (Entered: 04/08/2025) |
| 04/08/2025 | | Arrest (Rule 5) of Jody Lynn Sherry–Berg (MME) (Entered: 04/08/2025) |

# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

United States of America,

v.

Jody Lynn Sherry-Berg,
*Defendant.*

Case No. 0864 0:25-00206M-001

## APPEARANCE BOND

### Defendant's Agreement

I, <u>Jody Lynn Sherry-Berg *(defendant)*</u>, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☒ to appear for court proceedings;

☒ if convicted, to surrender to serve a sentence that the court may impose; or

☒ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☒ (1) This is a personal recognizance bond.

☐ (2) This is an unsecured bond of $ _____ .

☐ (3) This is a secured bond of $ _____ , secured by:
_____

    ☐ (a) $ _____ , in cash deposited with the court.

    ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it— such as a lien, mortgage, or loan—and attach proof of ownership and value)*:
_____
_____

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ☐ (c) A bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
_____

Jody Lynn Sherry-Berg

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant—and each surety—declare under penalty of perjury that:

(1) All owners of the property securing this appearance bond are included on the bond;
(2) The property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant—and each surety—have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant—and each surety—declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 4/8/2025                          *Jody L Sherry-Berg*
                                        *Defendant's signature*

_____       _____
*Surety/property owner—printed name*     *Surety/property owner—signature and date*

_____       _____
*Surety/property owner—printed name*     *Surety/property owner—signature and date*

_____       _____
*Surety/property owner—printed name*     *Surety/property owner—signature and date*

### CLERK OF COURT

Date: _____

Date: _____ April 8, 2025 _____          *Signature of Clerk or Deputy Clerk*

                                         *Judge's signature*

# UNITED STATES DISTRICT COURT
### for the
### District of Minnesota

United States of America,

v.

Jody Lynn Sherry-Berg
*Defendant*

Case No. 0864 0:25-00206M-001

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)      The defendant must not violate any federal, state, or local law while on release.

(2)      The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.[1]

(3)      The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)      The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose. The defendant must appear at _____ on_____ .

If blank, defendant will be notified of next appearance.

(5)      The defendant must sign an appearance bond, if ordered.

---

[1] The Director of the FBI is required by law to promptly expunge from the index described in 42 USC Section 14132(a), the analysis of the DNA sample collected from this Defendant upon receipt by the Attorney General of a certified copy of a final court order establishing: 1) that no indictment was returned, or 2) that the charges giving rise to this Order Setting Conditions of Release were dismissed, or 3) that Defendant was acquitted of the charges giving rise to this Order setting Conditions of Release. In the event any of the foregoing occur, Defendant or his or her Attorney should submit a proposed Order to the Court specifying which of the foregoing events occurred, and sufficient information regarding his or her identity and the charges giving rise to this Order Setting Conditions of Release to enable the FBI to match the Order to the DNA sample to be expunged. To accomplish the expungement, once the Order is entered, the Defendant or his or her Attorney must send a certified copy of the Order to:

    Federal Bureau of Investigation
    Laboratory Division
    2501 Investigation Parkway
    Quantico, VA 22135
    Attn: Federal Convicted Offender Program Manager

More information is available at: www.fbi.gov/about-us/lab/biometric-analysis/codis/codis_expungement

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6)       The defendant is placed in the custody of:

Person or organization _____

Address *(Only if above is an organization)* _____

City and State _____

Tel No. *(if organization)* _____

Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____  _____

*Custodian or Proxy*                 *Date*

☒ (7)       The defendant must:

☐ (a)   submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

☐ (b)   continue or actively seek employment.

☐ (c)   continue or start an education program.

☐ (d)   surrender any passport, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document to Probation and Pretrial Services as directed.

☐ (e)   not obtain a passport, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document.

☐ (f)   abide by the following restrictions on personal association, residence, or travel:

_____

_____

☒ (g)   avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:

_____

_____

☐ (h)   get medical or psychiatric treatment: _____

_____

CCaAsSEe 2255-jjc00220068-BBFHH DDooccuummenntt 7F-iFleiled d0049/0084/2253 PPaaggee 7103ooff5606

Jody Lynn Sherry-Berg

# ADDITIONAL CONDITIONS OF RELEASE

☐  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purpose(s):

_____

☐  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary, and observe the rules and regulations of that facility.

☐  (k)  not possess a firearm, destructive device, or other weapon.

☐  (l)  not use alcohol ☐ at all ☐ excessively.

☐  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☐  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

☐  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☐  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
    ☐  (i)  **Curfew.** You are restricted to your residence every day
        ☐ from _____ to _____ or
        ☐ as directed by the pretrial services officer, or
    ☐  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
    ☐  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
    ☐  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
        **Note:** Stand Alone Monitoring is intended to be used in conjunction with Global Positioning System (GPS) technology (see condition (q)(iii) on next page).

AO 199B (Rev. 08/2015) Additional Conditions of Release                                          Jody Lynn Sherry-Berg

## ADDITIONAL CONDITIONS OF RELEASE

☐   (q)   submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided.

    ☐   (i)   Voice Recognition; or

    ☐   (ii)   Radio Frequency (RF); or

    ☐   (iii)   Global Positioning System (GPS)

☐   (r)   pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

☐   (s)   report within 72 hours to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

☐   (t)   reside at an address as approved by the pretrial services office or supervising officer.

☐   (u)

Page | 4

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1)   An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)   An offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)   Any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)   A misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Jody L Sherry Berg*
_____
*Defendant's Signature*

*Bemidji, MN*
_____
*City and State*

Jody Lynn Sherry-Berg

### Directions to the United States Marshal

☒          The defendant is ORDERED released after processing.

☐          The United States Marshal is ORDERED to keep the defendant in custody until
            notified by the clerk or judge that the defendant has posted bond and/or
            complied with all other conditions for release.  If still in custody, the defendant
            must be produced before the appropriate judge at the time and place specified.

☐          The United States Marshal is ORDERED to keep the defendant in custody until
            notified by the U.S. Probation and Pretrial Services Office that a halfway house
            bed is available.  If still in custody, the defendant must be produced before the
            appropriate judge at the time and place specified.

Date:  _____ April 8, 2025         _____
                                                       *Judicial Officer's Signature*

                                             _____
                                             Jon T. Huseby, U.S. Magistrate Judge
                                                       *Printed Name and Title*

DISTRIBUTION:  COURT     DEFENDANT     PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

United States of America,

v.

Jody Lynn Sherry-Berg,
*Defendant.*

Case No. 0864 0:25-00206M-001

## APPEARANCE BOND

### Defendant's Agreement

I, <u>Jody Lynn Sherry-Berg *(defendant)*</u>, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

- ☒ to appear for court proceedings;
- ☒ if convicted, to surrender to serve a sentence that the court may impose; or
- ☒ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☒ (1)   This is a personal recognizance bond.

☐ (2)   This is an unsecured bond of $ _____ .

☐ (3)   This is a secured bond of $ _____ , secured by:
_____

- ☐ (a)   $ _____ , in cash deposited with the court.

- ☐ (b)   the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it— such as a lien, mortgage, or loan—and attach proof of ownership and value)*:
_____

      If this bond is secured by real property, documents to protect the secured interest may be filed of record.

- ☐ (c)   A bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:
_____

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant—and each surety—declare under penalty of perjury that:

(1) All owners of the property securing this appearance bond are included on the bond;
(2) The property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant—and each surety—have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant—and each surety—declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 4/8/2025

*Defendant's signature*

_____          _____
Surety/property owner—printed name          Surety/property owner—signature and date

_____          _____
Surety/property owner—printed name          Surety/property owner—signature and date

_____          _____
Surety/property owner—printed name          Surety/property owner—signature and date

### CLERK OF COURT

Date: _____

Date: April 8, 2025          *Signature of Clerk or Deputy Clerk*

*Judge's signature*

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

United States of America,

v.

Jody Lynn Sherry-Berg
*Defendant*

Case No. 0864 0:25-00206M-001

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)     The defendant must not violate any federal, state, or local law while on release.

(2)     The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.[1]

(3)     The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)     The defendant must appear in court as required and, if convicted,  must surrender as directed  to serve a sentence that the Court may impose. The defendant must appear at _____
        on_____ .

         If blank, defendant will be notified of next appearance.

(5)     The defendant must sign an appearance bond, if ordered.

---

[1] The Director of the FBI is required by law to promptly expunge from the index described in 42 USC Section 14132(a), the analysis of the DNA sample collected from this Defendant upon receipt by the Attorney General of a certified copy of a final court order establishing: 1) that no indictment was returned, or 2) that the charges giving rise to this Order Setting Conditions of Release were dismissed, or 3) that Defendant was acquitted of the charges giving rise to this Order setting Conditions of Release.  In the event any of the foregoing occur, Defendant or his or her Attorney should submit a proposed Order to the Court specifying which of the foregoing events occurred, and sufficient information regarding his or her identity and the charges giving rise to this Order Setting Conditions of Release to enable the FBI to match the Order to the DNA sample to be expunged.  To accomplish the expungement, once the Order is entered, the Defendant or his or her Attorney must send a certified copy of the Order to:

>     Federal Bureau of Investigation
>     Laboratory Division
>     2501 Investigation Parkway
>     Quantico, VA  22135
>     Attn:  Federal Convicted Offender Program Manager

More information is available at: www.fbi.gov/about-us/lab/biometric-analysis/codis/codis_expungement

Jody Lynn Sherry-Berg

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the Court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of:
Person or organization _____
Address *(Only if above is an organization)* _____
City and State _____
Tel No. *(if organization)* _____

Who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.
Signed: _____  _____
*Custodian or Proxy*                     *Date*

☒ (7) The defendant must:

☐ (a) submit to supervision by and report for supervision to the U.S. Probation and Pretrial Services Office as directed and ensure your supervising officer has a means to reach you.

☐ (b) continue or actively seek employment.

☐ (c) continue or start an education program.

☐ (d) surrender any passport, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document to Probation and Pretrial Services as directed.

☐ (e) not obtain a passport, Visa, Advanced Parole Document, Refugee Travel Permit/Reentry Document, or other foreign travel document.

☐ (f) abide by the following restrictions on personal association, residence, or travel:
_____
_____

☒ (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:
_____
_____

☐ (h) get medical or psychiatric treatment: _____
_____

Page | 2

## ADDITIONAL CONDITIONS OF RELEASE

☐   (i)   return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purpose(s):

_____

☐   (j)   maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary, and observe the rules and regulations of that facility.

☐   (k)   not possess a firearm, destructive device, or other weapon.

☐   (l)   not use alcohol ☐ at all ☐ excessively.

☐   (m)   not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☐   (n)   submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

☐   (o)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☐   (p)   participate in one of the following location restriction programs and comply with its requirements as directed.

     ☐   (i)   **Curfew.** You are restricted to your residence every day

         ☐ from _____ to _____ or

         ☐ as directed by the pretrial services officer, or

     ☐   (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

     ☐   (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lockdown at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

     ☐   (iv)   **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.

         **Note:** Stand Alone Monitoring is intended to be used in conjunction with Global Positioning System (GPS) technology (see condition (q)(iii) on next page).

Jody Lynn Sherry-Berg

## ADDITIONAL CONDITIONS OF RELEASE

☐    (q)    submit to the following location monitoring technology, as directed by the supervising officer; and comply with all program requirements and instructions provided.

       ☐    (i)      Voice Recognition; or

       ☐    (ii)     Radio Frequency (RF); or

       ☐    (iii)    Global Positioning System (GPS)

☐    (r)    pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

☐    (s)    report within 72 hours to the pretrial services office or supervising officer every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

☐    (t)    reside at an address as approved by the pretrial services office or supervising officer.

☐    (u)

Page | 4

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) An offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) An offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) Any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) A misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

AO 199C (Rev. 09/08) Advice of Penalties                                                                    Jody Lynn Sherry-Berg

## Directions to the United States Marshal

☒        The defendant is ORDERED released after processing.

☐        The United States Marshal is ORDERED to keep the defendant in custody until
         notified by the clerk or judge that the defendant has posted bond and/or
         complied with all other conditions for release.  If still in custody, the defendant
         must be produced before the appropriate judge at the time and place specified.

☐        The United States Marshal is ORDERED to keep the defendant in custody until
         notified by the U.S. Probation and Pretrial Services Office that a halfway house
         bed is available.  If still in custody, the defendant must be produced before the
         appropriate judge at the time and place specified.

Date:    April 8, 2025

_____
*Judicial Officer's Signature*

_____
Jon T. Huseby, U.S. Magistrate Judge
*Printed Name and Title*

DISTRIBUTION:  COURT     DEFENDANT     PRETRIAL SERVICES     U.S. ATTORNEY     U.S. MARSHAL

Page | 6

21

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

United States of America,

                Plaintiff,

v.

Jody Lynn Sherry-Berg,

                Defendant.

_____

Criminal No. 25-mj-206 JTH

**ORDER OF REMOVAL**


The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on April 8, 2025.    Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of North Dakota, and she is ordered removed to that district for further proceedings on April 21, 2025 at 2:00 p.m. before U.S. Magistrate Judge Alice Senechal in Grand Forks Courthouse located at 102 North 4th Street, Grand Forks, ND.


Dated: April 8, 2025            _s/ Jon T. Huseby_____
                                      Jon T. Huseby
                                      United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

United States of America,

             Plaintiff,

v.

Jody Lynn Sherry-Berg,

             Defendant.

_____

Criminal No. 25-mj-206 JTH


**ORDER OF REMOVAL**


The above captioned case was before the undersigned United States Magistrate Judge for an initial appearance on April 8, 2025.    Defendant waived the removal hearing.

Based on defendant's waiver, the court finds that the defendant is the same person named in the warrant filed in the District of North Dakota, and she is ordered removed to that district for further proceedings on April 21, 2025 at 2:00 p.m. before U.S. Magistrate Judge Alice Senechal in Grand Forks Courthouse located at 102 North 4th Street, Grand Forks, ND.


Dated: April 8, 2025

                    _s/ Jon T. Huseby_____
                    Jon T. Huseby
                    United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                     Case No: 25-mj-206 JTH

              Plaintiff,

v.

                                        **Brady Obligation Order**

Jody Lynn Sherry-Berg,

              Defendant.

_____

        Pursuant to the Due Process Protections Act the Court confirms the United States'
obligation to disclose to the defendant all exculpatory evidence-that is, evidence that favors
the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland*, 373
U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose
exculpatory evidence in a timely manner may result in consequences, including, but not limited
to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings,
disciplinary action, or other sanctions by the court.

        **IT IS SO ORDERED.**

        Dated: April 8, 2025                    *s/ Jon T. Huseby*
                                                Jon T. Huseby
                                                U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | )    **COURT MINUTES - CRIMINAL** |
|  | )      BEFORE: JON T. HUSEBY |
| Plaintiff, | )      U.S. MAGISTRATE JUDGE |
| v. | ) |
|  | )   Case No:        25-mj-206 JTH |
| Jody Lynn Sherry-Berg, | )   Date:          April 8, 2025 |
|  | )   Video Conference |
| Defendant. | )   Time Commenced:  3:49 p.m. |
|  | )   Time Concluded:   3:59 p.m. |
|  | )   Time in Court:    10 minutes |
|  | ) |
|  | ) |
|  | ) |

APPEARANCES:

      Plaintiff: Nate Nelson, Assistant U.S. Attorney
      Defendant: Jean Brandl, Assistant Federal Public Defender
            X FPD       X To be appointed for today's purposes on a provisional basis.

      X Advised of Rights

on   X Indictment
X Date charges or violation filed: 4/3/2025
X Current Offense: Interference with Flight Crew Members and Attendants
X **Charges from other District:** North Dakota
X Title and Code of underlying offense from other District: 49:46504
X Case no: 3:25-cr-86

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is Monday, April 21, 2025 at 2:00 p.m. before U.S. Magistrate Judge Alice Senechal in Grand Forks Courthouse located at 102 North 4th Street, Grand Forks, ND for:
X Arraignment hrg

X Removal hearing waived
X Removal Order to be issued

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                        _____ s/ aln
                                    Signature of Courtroom Deputy

```
MIME-Version:1.0
From:ecf-notice@mnd.uscourts.gov
To:mndecfnotifications@mnd.uscourts.gov
Bcc:
--Case Participants: Katherian D Roe (katherian_roe@fd.org, lisa_m_smith@fd.org,
sandy_krattley@fd.org, tracey_bodway@fd.org), Nathan Hoye Nelson (caseview.ecf@usdoj.gov,
nathan.nelson@usdoj.gov, steffanie.klein@usdoj.gov, usamn.ecfcriminal@usdoj.gov),
Magistrate Judge Jon T. Huseby (jthuseby@mnd.uscourts.gov)
--Non Case Participants: Probation/Pretrial Services (mnpdb_cmecf@mnp.uscourts.gov)
--No Notice Sent:

Message-Id:9686239@mnd.uscourts.gov
Subject:Activity in Case 0:25-mj-00206-JTH USA v. Sherry-Berg Arrest - Rule 5
Content-Type: text/html
```

## U.S. District Court

## U.S. District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 4/8/2025 at 4:12 PM CDT and filed on 4/8/2025

| | |
|---|---|
| **Case Name:** | USA v. Sherry–Berg |
| **Case Number:** | <u>0:25–mj–00206–JTH</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Jody Lynn Sherry–Berg (MME)**


**0:25–mj–00206–JTH–1 Notice has been electronically mailed to:**

Katherian D Roe &nbsp &nbsp katherian_roe@fd.org, Lisa_M_Smith@fd.org, sandy_krattley@fd.org, tracey_bodway@fd.org

Nathan Hoye Nelson &nbsp &nbsp nathan.nelson@usdoj.gov, CaseView.ECF@usdoj.gov, steffanie.klein@usdoj.gov, usamn.ecfcriminal@usdoj.gov

**0:25–mj–00206–JTH–1 Notice has been delivered by other means to:**